IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DIANTHA L. VIARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:14-cv-00212 |
| v. ) | |
| ) | |
| BIO-MEDICAL APPLICATIONS OF ) | |
| TENNESSEE, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff and Defendant have entered into a Settlement Agreement and General Release which fully settles all claims by Plaintiff in this case;

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), that all claims that Plaintiff has pending against Defendant are dismissed with prejudice.

This 24th day of June, 2015.

1

J M-D 148558 v1
2139685-000039 06/22/2015

Respectfully submitted,

/s/ Matthew D. Davison
Matthew D. Davison (BPR No. 020049)
R. Andrew Hutchinson (BPR No. 025473)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ
100 Med Tech Parkway, Ste. 200
Johnson City, Tennessee 37602
Phone: (423) 928-0181
Facsimile: (423) 928-5694
mdavison@bakerdonelson.com
dhutchinson@bakerdonelson.com

*Attorneys for Bio-Medical Applications of
  Tennessee, Inc.*

and

/s/ E. Patrick Hull
E. Patrick Hull (BPR No. 004437)
THE HULL LAW FIRM
P.O. Box 1388
Kingsport, Tennessee 37662
Phone: (423) 247-6151
Fax: (423) 247-6152
pat@hull-firm.com

/s/ Jason M. Ensley
Jason M. Ensley (BPR No. 020066)
ENSLEY, BAKER & SHADE, PLLC
203 Broyles Drive, Ste. 201
Johnson City, Tennessee 37601
Phone: (423) 631-0550
Fax: (423) 631-0555
jensley@ensleylawfirm.com

*Attorneys for Plaintiff*

2

J M-D 148558 v1
2139685-000039 06/22/2015
Case 2:14-cv-00212-TWP-MCLC   Document 21   Filed 06/24/15   Page 2 of 2   PageID #: 143